344 A.2d 459
**PRINTCRAFT CARD COMPANY, INC.**

v.

**Ernest MEDWIG, Appellant, and National
Engraving Company, Inc.**

Supreme Court of Pennsylvania.

Argued Oct. 8, 1974.

Decided Oct. 3, 1975.

John L. Laubach, Jr., Henry W. Fulton, Jr., Pittsburgh, for appellant.

Edmund K. Trent, Gerald C. Paris, Reed, Smith, Shaw & McClay, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The appeal herein is quashed.   Costs on appellant.

MANDERINO, J., dissents.